|  | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Joseph Camaj | Telephone: (313) 316-7331 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
**v.**
Miguel REYES HARO

Case No.

Case: 2:25–mj–30120
Assigned To : Unassigned
Assign. Date : 3/6/2025
Description: CMP USA V. REYES HARO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 5, 2024 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Sec. 1326(a) | Unlawful Reentry Following Removal |

This criminal complaint is based on these facts:

On or about July 5, 2024, in the Eastern District of Michigan, Southern Division, Miguel REYES HARO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about May 13, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Camaj, Deportaton Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 6, 2025

_____
*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Joseph Camaj, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE as a Deportation Officer since July 2007. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Miguel REYES HARO, which reveal the following:

2. REYES HARO is a thirty-seven-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. REYES HARO was ordered Deported/Removed from the United States on April 15, 2019, by an Expedited Removal, as an alien who illegally entered the United States.

4. On April 29, 2019, the United States District Court, Northern District of New York convicted REYES HARO for the offense of Improper Entry by Alien, in violation of Title 8 United States Code, Section 1325(a)(1) and imposed a sentence of time served. On May 13, 2019, REYES HARO was removed from the United States at Brownsville, TX.

5. On July 2, 2024, Lincoln Park, MI, Police arrested REYES HARO for Dangerous Drugs (Felony - Cocaine and Methamphetamine possession) and Possession of Stolen Vehicle. REYES HARO was the passenger in the vehicle which had been reported as stolen in Detroit on June 29, 2024. During the search of REYES HARO, a bag of methamphetamine was found in his pants pocket. A later search produced another quantity of methamphetamine in his wallet. Also found in a pants pocket was a glass pipe, typically used to smoke methamphetamine, with burnt residue.

6. On July 5, 2024, ICE ERO placed a detainer on REYES-HARO as a previously removed alien.

7. On November 5, 2024, the 25th Judicial District Court, Lincoln Park, MI convicted REYES HARO for the offense of Controlled Substance - Possession of Methamphetamine. The court imposed a sentence of 90 days' jail. Following the service of his sentence, he was released by Wayne County, on or about November 30, 2024, despite the placement of a detainer by immigration authorities.

8. At the time of sentencing, the district court scheduled REYES HARO for Review on January 9, 2025. REYES HARO failed to appear, and the district court issued a bench warrant. That warrant remains outstanding.

9. On or about December 3, 2024, ICE Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that Miguel REYES HARO, AXXX XXX 529, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on May 13, 2019.

10. Based on the above information, I believe there is probable cause to conclude that Miguel REYES HARO, an alien from Mexico, on or about July 5, 2024, was found in the United States after having been deported and removed from the United States on or about May 13, 2019, without obtaining the express permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).


Joseph Camaj, Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

March 6, 2025